**Myrtle E. Brown, appellee, v. American Benefit Life Insurance Company, formerly Merchants & Bankers Life Insurance Company, appellant.**

Opinion filed March 2, 1928.

Gillespie, Burke & Gillespie, for appellant; Parker & Bauer, Louis F. Gillespie and Hugh J. Dobbs, of counsel. G. P. Denton and Paul Taylor, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.